UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
           v.            )   CRIMINAL NO. 04-10388-MLW
                         )   VIOLATION:
JOHN S. MELLONE,         )     18 U.S.C. § 1709-
           Defendant.    )     Theft of Mail Matter
                         )     by Employee

INDICTMENT

**COUNT ONE**: 18 U.S.C. § 1709 - Theft of Mail Matter by Employee

The Grand Jury charges that:

On or about November 4, 2004, at Watertown, in the District of Massachusetts,

**JOHN S. MELLONE**,

the defendant herein, an employee of the United States Postal Service, did knowingly and unlawfully embezzle letters, packages, and mail and articles and things contained therein, which came into his possession and was intended to be conveyed by mail, and did abstract and remove from such letters, packages, and mail articles and things contained therein.

All in violation of Title 18, United States Code, § 1709.

**A TRUE BILL**

_____
Foreperson of the Grand Jury


_____
James F. Lang
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:                December 22, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** USPIS

**City** Watertown      **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New _____ X _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** John S. Mellone     Juvenile   ☐ Yes   ☒ No

**Alias Name** _____

**Address** 70 Rumney Road, Revere, MA 02151

**Birth date (Year only):** 1972   **SSN (last 4 #):** 9244   **Sex** M   **Race:** Cauc.   **Nationality:** USA

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** James Lang     **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** December 22, 2004     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    John S. Mellone

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1709 | Theft of Mail | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:**