AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

UNITED STATES OF AMERICA
V.

JOHN S. MELLONE
70 RUMNEY ROAD
REVERE, MA 02151

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   04-10388-MLW

COPY

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>1 Courthouse Way<br>Boston, MA 02210 | **COURTROOM # 25, 7th FLOOR** |
| | Date and Time |
| Before:   **MARIANNE B. BOWLER, CHIEF U.S. MAGISTRATE JUDGE** | **JANUARY 6, 2005 AT 2:30 PM** |

To answer a(n)

X   Indictment        Information        ComplaintCom        Violation        Probation Violation Petition

Charging you with a violation of Title   18   United States Code, Section(s)   1709

Brief description of offense:

See Enclosed


**PLEASE NOTE: YOU MUST REPORT TO PRETRIAL SERVICES LOCATED ON THE FIRST FLOOR BY 10:00 A.M., JANUARY 6, 2005.**


_/s/ Marianne B. Bowler, USMJ_              _December 27, 2004_
Signature of Issuing Officer                  Date

MARIANNE B. BOWLER, Ch. U.S.M.J.
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
    Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.