UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04 10388 MLW

FILED
IN CLERKS OFFICE
2005 JAN 21 PM 1: 28
U.S. DISTRICT COURT
DISTRICT OF MASS

| | )
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN S. MELLONE, | ) |
| | ) |

### NOTICE OF APPEARANCE

Kindly enter my appearance for the defendant, John Mellone in the above-captioned action.

                                      Defendant,
                                      John Mellone,
                                      By his attorney,

                                      _____
                                      John H. Molloy
                                      BBO# 600778
                                      385 Broadway, Suite 402
                                      Revere, Massachusetts 02151
                                      Telephone: (781) 284-9934

Dated: January 11, 2005

## CERTIFICATE OF SERVICE

I, John H. Molloy, hereby certify that on this 11th day of January 2005, I served the foregoing Notice of Appearance by mailing a true copy of same, postage prepaid to, James F. Lang, Assistant United States Attorney, One Courthouse Way, City of Boston, County of Suffolk, Massachusetts.

_____
John H. Molloy