UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 04-10388-MLW |
| | ) |
| JOHN MELLONE | ) |
| | ) |

**JOINT MOTION FOR EXCLUDABLE TIME**

The United States of America, by Assistant U.S. Attorney James F. Lang, and the defendant John Mellone, by counsel John Molloy, Esq., jointly move pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule 112.2(A)(2) that the twenty-eight day period of time commencing on January 6, 2005, the date of the defendant's arraignment, through February 3, 2005, be excluded from computation under the Speedy Trial Act of the time within this case must be tried. As reason therefore, the parties represent that during that period of time the parties were developing their discovery plans and producing discovery under the automatic discovery process. The parties also jointly move pursuant to § 3161(h)(8)(A) that the forty-seven day period of time commencing on February 8, 2005, the date of the initial status conference, through March 8, 2005, the date of a scheduled interim status conference, be excluded from computation under the Speedy Trial Act of the time within this case must be tried. As reason therefore, the parties represent that this additional time is

necessary for the defendant to review the discovery that has been provided by the government and determine whether to file substantive motions. It is therefore in the interests of justice that the instant motion be allowed.

WHEREFORE, the parties request that the Court enter a written order of excludable delay covering the period of January 6, 2005 through February 3, 2005 and the period of February 8, 2005 through March 8, 2005.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:  /s/ James Lang
     James Lang
     Assistant U.S. Attorney


     JOHN MELLONE
     Defendant

By:  /s/ John Molloy
     John Molloy
     Counsel for John Mellone

DATE: February 9, 2005