### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                                 **CRIMINAL  CASE**

                                                                  **NO. 04-10338-MLW**

                                **V.**

**JOHN MELLONE**

                **Defendant(s)**

#### NOTICE OF HEARING

**WOLF, D.J.**


        PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11

HEARING  on MARCH 21, 2005 at 11:30 A.M. before Judge Wolf in Courtroom # 10  on

the 5th  floor.


                                                    **SARA THORNTON**
                                                    **CLERK OF COURT**



**March 10, 2005**                          **By:    /s/ Dennis O'Leary**
        **Date**                                    **Deputy Clerk**

**Notice to:**
**(crim-notice.wpd - 7/99)**                            [ntchrgcnf.]
                                                        [kntchrgcnf.]