UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR04-10388

| United States of America | John Mellone |
|---|---|
| PLAINTIFF | DEFENDANT |
| James Lang | John Molloy |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER  Twomey

CLERK'S NOTES

| DATES: | Rule 11 Hearing |
|---|---|
| 3/21/05 | Defendant takes the stand and is sworn. |
| | Plea colloquy given. |
| | Government states the maximum possible penalties. |
| | Government summarizes the evidence it would have presented had the case gone to trial. |
| | Defendant pleads guilty to count 1. |
| | Court accepts the defendant's plea and orders the clerk to enter the same. |
| | Sentencing set for June 15, 2005 at 3:00 PM.  Procedural order to issue. |
| | Defendant's release is continued on the same conditions pending sentencing. |