**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**                                **CRIMINAL CASE**

                                                 **NO. 04-10388-MLW**
                    **V.**

**JOHN MELLONE**
              **Defendant(s)**

**NOTICE OF CANCELLATION**

**WOLF, D.J.**


The **SENTENCING HEARING** previously scheduled for **JUNE 15, 2005** at **3:00 P.M.** before Judge **Wolf**, has been CANCELLED. It has been RESCHEDULED for **AUGUST 30, 2005** at **3:00 PM**, in courtroom 10 on the fifth floor.


                                                 **SARAH A. THORNTON**
                                                 **CLERK OF COURT**


**June 14, 2005**                By:   **/s/ Dennis O'Leary**
   **Date**                            **Deputy Clerk**

**Notice to:**
(crim-cancel.wpd - 7/99)                                  [ntchrgcnf.]
                                                          [kntchrgcnf.]